UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARCUS DEWAYNE JACKSON,

    Petitioner,

v.                                  Case No. 3:25cv1117-LC-HTC

RICKY DIXON,

    Respondent.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on August 5, 2025 (ECF No. 5). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.      The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2.      The petition under 28 U.S.C. § 2254, ECF Doc. 1, is DISMISSED for lack of jurisdiction because the petition is an unauthorized successive petition.

3.      The clerk of court is directed to enter judgment accordingly and close

this case.

   **DONE AND ORDERED** this 22nd day of August, 2025.


         *s/L.A. Collier*
         **LACEY A. COLLIER**
         **SENIOR UNITED STATES DISTRICT JUDGE**